**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-CV-23048-ALTMAN**
(Consolidated with Case No. 1:26-cv-23051)

LINDA ARSLANIAN, CHRISTINE
APPLEFIELD, and ADRIA AVERY,

      Plaintiffs,

v.

CARECLOUD, INC. and CARECLOUD
HEALTH, INC.,

      Defendants.

                                   /

## <u>JOINT MOTION TO STAY PENDING MEDIATION</u>

Plaintiffs, LINDA ARSLANIAN, CHRISTINE APPLEFIELD, and ADRIA AVERY (collectively "Plaintiffs"), and Defendants, CARECLOUD, INC. and CARECLOUD HEALTH, INC. (collectively "Defendants" and collectively with Plaintiffs, the "Parties"), jointly move the Court for an order staying this consolidated action and all pending deadlines pending mediation scheduled mediation on October 13, 2026, and state as follows:

1.     This is a consolidated putative data breach class action arising from an alleged cybersecurity incident affecting Defendants. Defendants' Motion to Dismiss Consolidated Class Action Complaint [ECF No. 26] is currently pending before the Court, along with Plaintiffs' Response in Opposition [ECF No. 27].

2.     The Parties have conferred and agree that mediation, at this stage, presents a meaningful opportunity to resolve this matter, or narrow the issues in dispute, without further expenditure of the Parties' and the Court's resources on motion practice and discovery.

1

3. The Parties are scheduled to mediate on October 13, 2026, with experienced class action mediator Bennett G. Picker, Esq. with Stradley Ronon Stevens & Young.

4. A temporary stay to facilitate settlement discussions or mediation is particularly appropriate where, as here, the Parties agree that a stay serves the interests of judicial economy, reduces litigation costs, and gives the Parties a genuine opportunity to resolve the case without the need for continued motion practice and discovery.

5. To permit the Parties to focus their resources on preparing for and conducting the mediation, which shall include the exchange of informal discovery and consultation with damage and liability experts, and to avoid the unnecessary expenditure of time and resources on briefing and discovery that may become moot in the event of a settlement, the Parties jointly request a stay of this action and all pending deadlines until October 20, 2026 – one week following mediation.

6. During the requested stay, the Parties request that all deadlines in this case currently in effect be suspended, including but not limited to: (a) Defendants' deadline to respond to file any Reply in Support of Defendants' Motion to Dismiss; (b) all discovery-related deadlines and obligations, including written discovery, depositions, expert disclosures, expert discovery, and discovery-motion deadlines; and (c) any case management or other deadlines imposed by the federal or local rules.

7. The Parties state that, on or before October 20, 2026, they will submit a joint status report advising the Court of the outcome of the mediation and whether any further action is required.

8. Because the requested stay is sought jointly, with the agreement of all Parties, and will not prejudice any party or delay the ultimate resolution of this action beyond what is necessary

to permit the mediation to occur and its results to be reported to the Court, good cause exists to grant the requested stay.

WHEREFORE, the Parties respectfully request that the Court enter an order staying this action and all pending deadlines until October 20, 2026, and requiring the Parties to file a joint status report on or before that date.

Respectfully submitted this 23rd day of July, 2026.

/s/ Alfred J. Saikali
**Alfred J. Saikali** (Fla. Bar No. 178195)
**Ashleigh C. Bennett** (Fla. Bar No. 1017718)
**SHOOK, HARDY & BACON L.L.P.**
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131-4332
Tele: (305) 358-5171
asaikali@shb.com
abennett@shb.com

**Elisabeth Hutchinson** (*pro hac vice*)
1899 Wynkoop, Suite 375
Denver, Colorado 80202
Tel: (303) 285-5300
ehutchinson@shb.com

**Laurel Scott** (*pro hac vice*)
2121 Avenue of The Stars, Suite 1400
Los Angeles, CA 90067
Tele: (424) 285-8330
lascott@shb.com

*Counsel for CareCloud, Inc. and CareCloud Health, Inc.*

/s/ Jeff Ostrow
**Jeff Ostrow** (FBN 121452)
**KOPELOWITZ OSTROW P.A.**
One West Law Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Tel: (954) 332-4200
ostrow@kolawyers.com

**James E. Cecchi** (*pro hac vice*)
**CARELLA BYRNE CECCHI
BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
Tele: (973) 994-1700
jcecchi@carellabyrne.com

**Jason H. Alperstein** (FBN 64205)
**CARELLA BYRNE CECCHI
BRODY & AGNELLO, P.C.**
2222 Ponce De Leon Blvd.
Miami, FL 33134
Tele: (973) 994-1700
jalperstein@carellabyrne.com

*Counsel for Plaintiffs and the Proposed Class*