**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-23048-ALTMAN**

**LINDA ARSLANIAN**, *et al.*,

*Plaintiffs*,

*v.*

**CARECLOUD, INC.** and **CARECLOUD HEALTH, INC.**,

*Defendants*.
______________________________________/

**ORDER**

The parties have filed a Joint Motion to Stay Pending Mediation [ECF No. 26], informing the Court that "[t]he Parties have conferred and agree that mediation, at this stage, presents a meaningful opportunity to resolve this matter, or narrow the issues in dispute, without further expenditure of the Parties' and the Court's resources on motion practice and discovery." *Id.* at 1. They explain that they're "scheduled to mediate on October 13, 2026," and that "[a] temporary stay to facilitate settlement discussions or mediation is particularly appropriate . . . here." *Id.* at 2. And they ask that we "stay . . . this action and all pending deadlines until October 20, 2026." *Ibid.*; *see also ibid.* ("During the requested stay, the Parties request that all deadlines in this case currently in effect be suspended, including but not limited to: (a) Defendants' deadline to respond to file any Reply in Support of Defendants' Motion to Dismiss; (b) all discovery-related deadlines and obligations, including written discovery, depositions, expert disclosures, expert discovery, and discovery-motion deadlines; and (c) any case management or other deadlines imposed by the federal or local rules."). Accordingly, we hereby **ORDER and ADJUDGE** as follows:

1. The Joint Motion to Stay Pending Mediation [ECF No. 26] is **GRANTED**.
2. We **DIRECT** the **Clerk of Court** to **CLOSE** and **STAY** this case.
3. The parties must file a joint status report by **October 20, 2026**, advising the Court of the outcome of mediation and whether any further action is required.
4. All other deadlines are **TERMINATED**.
5. The Motion to Dismiss [ECF No. 26] is **DENIED without prejudice**. The Defendant may refile the Motion to Dismiss if the parties fail to settle at mediation.

**DONE AND ORDERED** in the Southern District of Florida on July 22, 2026.

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record