**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-23048-ALTMAN**

**LINDA ARSLANIAN**, *et al.*,

*Plaintiffs*,

*v.*

**CARECLOUD INC** and **CARECLOUD HEALTH INC**,

*Defendants*.
______________________________________/

**ORDER**

The parties have filed a Joint Stipulation for Dismissal [ECF No. 30] in accordance with Federal Rule of Civil Procedure 41. Being fully advised, the Court hereby **ORDERS and ADJUDGES** that this matter is **DISMISSED without prejudice**. Each party shall bear its own attorney's fees, costs, and expenses. The case shall remain **CLOSED**. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on November 2, 2026.

______________________________________
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record